UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-21032

**MEDIATION REPORT**

Carlos Gonzalez,

    Plaintiff(s),

vs

Sterling Jewelers Inc,

    Defendant(s).
_____/

The undersigned, Robert A. Dulberg, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: August 3, 2021. The results of the mediation conference are as follows:

✓   All required parties were present *or*

___   The following required parties were not present:

_____

___   An agreement was reached.

✓   A **confidential** settlement agreement was reached.

___   No agreement was reached.

___   The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___   The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___   Other: _____

Respectfully Submitted:

/s/ Robert A. Dulberg
Robert A. Dulberg, Esq.
Florida Bar No.: 146575
Salmon & Dulberg Dispute Resolution.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: Counsel